City of Chicago, a Municipal Corporation, Plaintiff-Appellee, v. Irvin Shaffer, Defendant-Appellant.

Gen. No. 47,955.

First District, First Division.

July 1, 1960.

 Collen, Kessler, and Kadison, of Chicago (Mark A. Greenhouse and Lawrence Ripes, of counsel) for appellant; John C. Melaniphy, Corporation Counsel of the City of Chicago (Sydney R. Drebin and Edward E. Plusdrak, Assistant Corporation Counsel, of counsel) for appellee. Opinion by JUSTICE BURMAN. Not to be published in full.